IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHARLES L. HILL, JR., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SECURITIES AND EXCHANGE )<br>COMMISSION, )<br>)<br>Defendant. ) | CIVIL ACTION FILE<br><br>NO. 1:15-cv-1801-LMM |

## PLAINTIFF'S PROPOSED SCHEDULING ORDER

In its June 8, 2015 Order, the Court directed the parties to "confer on a timetable for conducting discovery and briefing the remaining issues." June 8, 2015 Order (Dkt. 28) at 45. The Court further directed the parties "to submit by June 15, 2015, a consent scheduling order to the Court for consideration." *Id.* If the parties are unable to agree to the terms of a scheduling order, the Court provided that "the parties can submit their alternative submissions." *Id.* Plaintiff's counsel has conferred with Defendant's counsel on multiple occasions and the parties are not able to agree on a proposed timetable for discovery and briefing. Thus, Plaintiff Charles L. Hill, Jr. hereby provides the following submission for a proposed scheduling order:

-2-

- **Beginning of Discovery Period**:  Immediately.

- **Close of Discovery Period:**  90 days after Defendant files an answer, or, if Defendant files a Motion to Dismiss, 90 days after the Court denies the Motion to Dismiss.

- **Deadline to File Motions for Summary Judgment:**  30 days after the close of discovery.

Respectfully submitted, June 15, 2015.

|  |  |
|---|---|
| KILPATRICK TOWNSEND & <br>   STOCKTON LLP <br> 1100 Peachtree Street, Suite 2800 <br> Atlanta, Georgia 30309-4530 <br> Telephone:  (404) 815-6500 <br> Facsimile:  (404) 815-6555 <br> shudson@kilpatricktownsend.com <br> hrightler@kilpatricktownsend.com <br> adesai@kilpatricktownsend.com | /s/   Stephen E. Hudson <br> Stephen E. Hudson <br> Georgia Bar No. 374692 <br> Hillary D. Rightler <br> Georgia Bar No. 572475 <br> Akash R. Desai <br> Georgia Bar No. 338124 <br><br> Attorneys for Plaintiff |

# CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2015, I electronically filed the foregoing (PROPOSED) SCHEDULING ORDER with the Clerk of Court using the CM/ECF system, which will automatically send email documentation of such filing to the following attorneys of record:

| | |
|---|---|
| Jean Lin | jean.lin@usdoj.gov |
| Matthew J. Berns | matthew.j.berns@usdoj.gov |
| Adam A. Grogg | adam.a.grogg@usdoj.gov |
| Steven A. Myers | steven.a.myers@usdoj.gov |

KILPATRICK TOWNSEND &
   STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
shudson@kilpatricktownsend.com

   s/   Stephen E. Hudson
Stephen E. Hudson
Georgia Bar No. 374692

Attorneys for Plaintiff