IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

CHARLES L. HILL, JR.,

    *Plaintiff*,

v.

U.S. SECURITIES AND
    EXCHANGE COMMISSION,

    *Defendant*.

No. 15-cv-1801

## NOTICE OF APPEAL

Please take notice that Defendant the Securities and Exchange Commission hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Court's Order of June 8, 2015 [ECF No. 28] granting a preliminary injunction in this matter.

Dated:  June 24, 2015

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney
    General

JOHN A. HORN
Acting United States Attorney

KATHLEEN R. HARTNETT
Deputy Assistant Attorney General

2

JENNIFER D. RICKETTS
Director, Federal Programs Branch

SUSAN K. RUDY
Assistant Director, Federal Programs
    Branch

 /s/ *Jean Lin*
JEAN LIN
JUSTIN M. SANDBERG
ADAM GROGG
STEVEN A. MYERS
MATTHEW J. BERNS
U.S. Department of Justice
Civil Division, Federal Programs
    Branch
20 Massachusetts Ave. NW
Washington, DC 20530
Phone: (202) 514-3716
Fax: (202) 616-8202
Email: jean.lin@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2015, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jean Lin*
JEAN LIN
